# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17CR216 |
| --- | --- | --- |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF CONDITIONS OF SUPERVISED RELEASE |
| JUAN CARLOS CARBAJAL-RIOS, | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on February 7, 2019. The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on March 18, 2019. The defendant admitted to the following violation: New Law Violation.

The magistrate judge filed a report and recommendation on March 18, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on April 8, 2019. Defendant Juan Carlos Carbajal-Rios was present and represented by Attorney Jaime Serrat. Court Interpreter Alvaro DeCola was present. The United States was represented by Assistant United States Attorney Robert Kern. Supervising United States Probation Officer William Radaker and United States Probation Officer Diana Samad were also

present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of seven (7) months, with credit for time served since January 11, 2019.

No term of supervised release shall follow.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: April 8, 2019

                                          **HONORABLE SARA LIOI**
                                          **UNITED STATES DISTRICT JUDGE**